IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cr11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAVID JOSEPH GEARING. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion For a Detention Hearing (#28) filed by counsel for Defendant. In response to the motion, the undersigned scheduled a hearing for Monday, May 5, 2014 at 3:00 p.m. to consider the issue of detention of Defendant. The hearing was held by way of video conference with the Defendant attending from the Federal Medical Center in Butner, North Carolina.

After considering a case summary (#32) forwarded to the undersigned by Kenny Atkinson, Complex Warden of the Federal Medical Center which had been prepared by the Defendant's forensic psychologist, Dr. Adeirdre Stribling Riley, and the Defendant's psychologist, Ralph Newman, M.D., the undersigned determined to enter an order releasing Defendant on terms and conditions of pretrial release.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Motion For a Detention Hearing (#28) is **ALLOWED** and the Defendant is released on terms and conditions of pretrial release as set forth in the Order setting conditions of release.

Signed: May 7, 2014

Dennis L. Howell
United States Magistrate Judge