IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cr 11

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAVID JOSEPH GEARING, | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the undersigned pursuant to an Unopposed Motion for Status Conference (#35) filed by Fredilyn Sison, attorney for Defendant. In that motion, Defendant requests that the Court conduct a status conference to see if the charges against Defendant and his continued release could be resolved. The undersigned held a hearing in this matter on May 2, 2016 at which Ms. Sison was present and the Government was present through AUSA Don Gast. After the completion of the status conference, the Government filed a motion to dismiss the charges against Defendant and United States District Judge Martin Reidinger entered an Order (#39) dismissing the charges against the Defendant. In the Order Judge Reidinger states as follows:

> IT IS FURTHER ORDERED that the Defendant's current conditions of release, as set forth in the Order Setting Conditions of Release entered on May 6, 2014 [Doc. 31], shall remain in full force and effect pursuant to 18 U.S.C. § 4246(e)(2) until further Order of the Court.

1

It appears from the Order of Judge Reidinger that the issue presented by the Unopposed Motion for Status Conference (#35) has been determined by the District Court and it has now been rendered moot as to this Court.

### ORDER

**IT IS, THEREFORE, ORDERED**, that the Unopposed Motion for Status Conference (#35) has been determined by the District Court and has been rendered **MOOT** as to this Court.

Signed: July 5, 2016

Dennis L. Howell
United States Magistrate Judge