# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:11-cr-00011-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DAVID JOSEPH GEARING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Termination of Supervision. [Doc. 54].

By the present motion, the Defendant moves the Court for the termination of his term of supervision. See 18 U.S.C. § 4246. The Government does not oppose the requested relief. [Doc. 55]. The Court held a hearing on the Defendant's motion on April 20, 2023, at which the Defendant was present.

Upon consideration of the Defendant's motion and the arguments of counsel, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Termination of Supervision [Doc. 54] is **GRANTED**, and the supervision of the Defendant is hereby terminated.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: April 21, 2023

Martin Reidinger
Chief United States District Judge